IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBYL LOUIS BRYANT,<br><br>     Petitioner,<br><br>  vs.<br><br>D. K. SISTO, *et al.*,<br><br>     Respondents. | No. 2:08-cv-00607-JKS<br><br>ORDER STAYING FURTHER PROCEEDINGS |

   At Docket No. 9 the Court entered its Order to Show Cause why this matter should not be stayed pending the decision of the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008). Respondent concurred. Docket No. 10. Petitioner did not respond and the time for response has lapsed.

   IT IS THEREFORE ORDERED THAT further proceedings in this matter are stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

   Dated: November 26, 2008

                     /s/ James K. Singleton, Jr.
                     JAMES K. SINGLETON, JR.
                     United States District Judge