IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBYL LOUIS BRYANT,<br><br>            Petitioner,<br><br>    vs.<br><br>D. K. SISTO, *et al.*,<br><br>            Respondents. | No. 2:08-cv-00607-JKS<br><br>JUDGMENT |

    At Docket No. 16 Respondent notified the Court that Petitioner Arbyl Louis Bryant was released on parole on July 6, 2009. This matter having become moot,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed herein is hereby DISMISSED, without prejudice.

    Dated: July 9, 2009.

                                                    /s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    United States District Judge